UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT F. CONNOLLY,

                          Plaintiff,

        -against-                                    6:02-CV-1303
                                                      (LEK/RFT )

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

_____

## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on June 20,

2006, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 20).

        Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance

with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject

Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the

record, the Court has determined that the Report-Recommendation is not subject to attack for plain

error or manifest injustice.

        Accordingly, it is hereby

        **ORDERED**, that the Report-Recommendation (Dkt. No. 20) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

        **ORDERED**, that Defendant's Motion for Remand (Dkt. No. 16) is **GRANTED** and this

1

case remanded for expedited rehearing pursuant to the sixth sentence of 42 U.S.C. § 405(g); and it is

further

      **ORDERED**, that the Clerk serve a copy of this Order on all parties.

      **IT IS SO ORDERED**.

DATED:      August 31, 2006
            Albany, New York

                              Lawrence E. Kahn
                              U.S. District Judge

2