===========================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:02-CV-1303 (LEK/RFT)

**ROBERT F. CONNOLLY,**

                 **Plaintiff,**

   v.

**COMMISSIONER OF SOCIAL SECURITY,**

                 **Defendant.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable Randolph F. Treece, dated June 20, 2006, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED, that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and this case is REMANDED to the Commissioner for further proceedings in accordance with the DECISION AND ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 31, 2006.

DATE:  __August 31, 2006__

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

_(signature)_
Lawrence E. Kahn
U.S. District Judge